UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN SMITH,** *et al.*, | Case No.: 4:14-cv-4008-YGR |
| Plaintiffs, | **ORDER DISMISSING CASE** |
| vs. | |
| **SPIGHT PROPERTY II LLC,** *et al.*, | |
| Defendants. | |

On September 2, 2014, Plaintiffs filed in this court a Notice of Appeal from a Judgment in the California Superior Court of Contra Costa County. (Dkt. No. 1.)  Specifically, Plaintiffs attempt to appeal to this federal district court from the final judgment rendered by Judge Laurence Bruiniers in the Contra Costa County Superior Court, Case No C0400532, which was entered on August 1, 2014.  (Dkt. No. 1 at 1.)

The *Rooker–Feldman* doctrine prevents the lower federal courts from exercising jurisdiction over cases brought by "state-court losers" challenging "state-court judgments rendered before the district court proceedings commenced."  *Lance v. Dennis*, 546 U.S. 459, 460 (2006) (citing *Exxon Mobil Corp. v. Saudi Basic Industries Corp.,* 544 U.S. 280, 284 (2005)).  Federal district courts are empowered to exercise only original, not appellate, jurisdiction.  *Exxon*, 544 U.S. at 280 (citing *Rooker v. Fidelity Trust Co.,* 263 U.S. 413, 416 (1923)).

For this reason, this action is **DISMISSED**.  Appellate review should be sought in accordance with the appropriate state court appellate procedures.

**IT IS SO ORDERED**.

Dated: September 26, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**